IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF KENTUCKY
OWENSBORO DIVISION

| | | |
|---|---|---|
| CINDY CHILDRESS, | ) | |
| | ) | |
|     Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | Case No. 1:08-cv-00155-R |
| CORVAC COMPOSITES, LLC and | ) | |
| KELLY SERVICES, INC., | ) | |
| | ) | |
|     Defendants. | ) | |

## AGREED ORDER OF DISMISSAL WITH PREJUDICE

It appears to the Court, as evidenced by the signatures of counsel for Plaintiff and counsel for the Defendants, that all matters in controversy in this litigation have been compromised and settled and that this action should be dismissed with prejudice to the re-filing of the same.

It is, therefore, ORDERED that all claims asserted in this action by the parties are hereby dismissed with prejudice.

It is further ORDERED that each party shall bear its own costs and expenses incurred in connection with the prosecution or defense of this action.

Entered this ___ day of _____, 2009.


_____
JUDGE

**APPROVED FOR ENTRY**:

By:  /s/ Martha L. Boyd
　　　Russell B. Morgan (KY Bar No. 85355)
　　　Martha L. Boyd (admitted *pro hac vice*)
　　　BRADLEY ARANT BOULT CUMMINGS LLP
　　　1600 Division Street, Suite 700
　　　P.O. Box 340025
　　　Nashville, Tennessee 37203
　　　(615) 252-2357
　　　mboyd@babc.com
　　　*Attorney for Defendant Kelly Services, Inc.*

By:  /s/ Brent R. Baughman
　　　Brent R. Baughman, Esq.
　　　Maria Sorolis, Esq.
　　　GREENEBAUM DOLL & MCDONALD, PLLC
　　　3500 National City Tower
　　　101 South Fifth Street
　　　Louisville, KY  40202
　　　mns@gdm.com

　　　*Attorneys  for Corvac Composites, LLC*

By:  /s/ Andrew Dutkanych, III
　　　Andrew Dutkanych III, Esq.
　　　BIESECKER & DUTKANYCH, LLC
　　　411 Main Street
　　　Evansville, IN  47708
　　　ad@bdlegal.com

　　　*Attorneys for Plaintiff Cindy Childress*